UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-324-1-F
No. 5:10-CV-187-F

| | |
|---|---|
| JOSEPH EVELYN WING,<br>    Movant, | )<br>)<br>) |
| v. | )<br>) |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-10-1-F
No. 5:10-CV-170-F

| | |
|---|---|
| JOSEPH EVELYN WING,<br>    Movant, | )<br>)<br>) |
| v. | )<br>) |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>) |

### ORDER

The movant's Motion for Appointment of Counsel [DE-39] is HELD IN ABEYANCE. The Clerk of Court is DIRECTED to re-submit it when the Government's Answer or other response to the sealed order of May 24, 2010 [DE-38], is submitted.

SO ORDERED.

This, the 16th day of June, 2010.

JAMES C. FOX
Senior United States District Judge