UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-324-1-F
No. 5:10-CV-187-F

| | | |
|---|---|---|
| JOSEPH EVELYN WING,<br>   Movant, | )<br>)<br>) | |
| v. | )<br>) | O R D E R |
| UNITED STATES OF AMERICA<br>   Respondent. | )<br>)<br>) | |

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-10-1-F
No. 5:10-CV-170-F

| | | |
|---|---|---|
| JOSEPH EVELYN WING,<br>   Movant, | )<br>)<br>) | |
| v. | )<br>) | O R D E R |
| UNITED STATES OF AMERICA<br>   Respondent. | )<br>)<br>) | |

In light of the Notice of Appearance filed by counsel on January 5, 2011, on behalf of movant, Joseph E. Wing, it is ORDERED that Wing's time within which to respond to the Government's Motion to Dismiss or in the Alternative for Summary Judgment [DE-49] is EXTENDED to and including **February 28, 2011.**

It further is ordered, for good cause shown, that the Government's Motion to Seal its Memorandum, [DE-50] filed in support of its dispositive motion is ALLOWED, except that the Clerk of Court shall serve a copy thereof on counsel for the Government and for movant, Wing. The Motion to Seal the motion [DE-49] itself is DENIED as unsupported.

SO ORDERED.

This, the 24th day of January, 2011.

                                                             *James C. Fox*
                                              JAMES C. FOX
                                              Senior United States District Judge

2

Case 5:09-cr-00010-F   Document 35   Filed 01/25/11   Page 2 of 2